| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Folsom, David J. | 2. Court or Organization<br><br>U S Dist Ct., Eastern Texas | 3. Date of Report<br><br>07/08/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse & Post Office<br>500 State Line Ave., Rm 309<br>Texarkana, TX 75501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member | Texarkana Animal League Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Folsom, David J.

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Empire Electric Company |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practicing Law Institute | 02/28 to 03/04 | New York, NY | Educational activities exclusive of judicial education | Airfare, meals, hotel |
| 2. | State Bar of Texas | 06/05 to 06/07 | Austin, TX | Activity of professional association or civic organization | Mileage, meals, hotel |
| 3. | State Bar of Texas | 06/24 to 06/25 | Dallas, TX | State Bar of Texas | Mileage, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo--checking | A | Interest | K | T | | | | | Name change fr Century Bnk |
| 2. Wells Fargo--checking | A | Interest | K | T | | | | | Name change fr Century Bnk |
| 3. Wells Fargo--certificate of deposit | A | Interest | K | T | | | | | Name change fr Cenuury Bnk |
| 4. Commercial National Bank | A | Interest | | | Matured | 6/3/09 | K | A | |
| 5. Commercial National Bank | A | Interest | | | Matured | 6/3/09 | K | A | |
| 6. Commercial National Bank | A | Interest | | | Matured | 6/3/09 | K | A | |
| 7. Commercial National Bank CD | B | Interest | L | T | Buy | 6/3/09 | L | | |
| 8. | | | | | | | | | |
| 9. EDWARD JONES (Securities account) #8 | | | | | | | | | |
| 10. Money market funds | A | Interest | J | T | | | | | |
| 11. Automatic Data Processing | A | Dividend | J | T | | | | | |
| 12. Broadridge Financial Solutions | A | Dividend | J | T | | | | | |
| 13. Eli Lilly & Co | A | Dividend | J | T | | | | | |
| 14. Illinois Tools Works | A | Dividend | J | T | | | | | |
| 15. Scana Corp | A | Dividend | J | T | | | | | |
| 16. Franklin Equity Income Fd | A | Dividend | J | T | | | | | |
| 17. Franklin Flex Cap Growth Fd | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mutual Discovery Fd Class A | A | Dividend | J | T | | | | | |
| 19. Franklin Small Cap Value Fd | A | Dividend | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Wells Fargo Advisors (Securities Account) #9 (Acct closed) | | | | | Closed | 6/1/09/ | | | Name change from WACHOVIA |
| 22. Centennial MM Trust | A | Interest | | | Closed | 6/1/09 | J | | Transfer to ON Equity #11 |
| 23. OSI Pharmaceuticals | | None | | | Closed | 6/1/09 | J | | Transfer to ON Equity #11 |
| 24. Whole Food Market | | None | | | Closed | 6/1/09 | J | | Transfer to ON Equity #11 |
| 25. Putnam Voyager Fund | | None | | | Closed | 6/1/09 | J | | Transfer to O N Equity #11 |
| 26. | | | | | | | | | |
| 27. O N Equity Sales Co (Securities Account) #11: | | | | | Open | 6/1/09 | | | Transfer fr Wells Fargo #9 |
| 28. Federated Capital Reserves MM | A | Interest | J | T | Buy | 6/1/09 | J | | Transfer fr Wells Fargo #9 |
| 29. OSI Pharmaceuticals Inc Co | | None | J | T | Open | 6/1/09 | J | | Transfer fr Wells Fargo #9 |
| 30. Whole Foods Market | | None | J | T | Open | 6/1/09 | J | | Transfer fr Wells Fargo #9 |
| 31. The Bond Fund of America Class C | B | Interest | K | T | Buy | 6/1/09 | K | | |
| 32. Capital Income Builder Fund Class C | B | Interest | K | T | Buy | 6/1/09 | K | | |
| 33. The Income Fund of America Class C | B | Interest | K | T | Buy | 6/1/09 | K | | |
| 34. Putnam Voyager Fund Class A | A | Dividend | J | T | Open | 6/1/09 | J | | Transfer fr Wells Fargo #9 |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Ohio National Financial Services Annuity | A | Interest | | | Distributed | 1/09/09 | L | | Transfer to Genworth Fin |
| 37. | | | | | | | | | |
| 38. Genworth Financial (Annuity)--transferred fr Ohio Natl Fincl | B | Int./Div. | L | T | Open | 1/09/09 | L | | Transfer fr Ohio Natl Fin |
| 39. | | | | | | | | | |
| 40. Ohio National Financial Services Annuity | | | | | Closed | 1/2/09 | L | | Transfer to Ohio Ann #12 |
| 41. | | | | | | | | | |
| 42. The Ohio National Life Insurance Co Annuity #12 | D | Int./Div. | M | T | Open | 1/2/09 | M | | Transfer fr Ohio Natl Fin |
| 43. | | | | | | | | | |
| 44. SEP/INDIVIDUAL RETIREMENT ACCOUNTS: | | | | | | | | | |
| 45. American Funds (SEP/IRA) | | None | | | Closed | 1/2/09 | M | | Transfer to Ohio Ann #12 |
| 46. Cash Management Trust of America | | None | | | Closed | 1/2/09 | J | | Transfer to Ohio Ann #12 |
| 47. | | | | | | | | | |
| 48. MERRILL LYNCH (SEP/IRA): No. 3: | | | | | | | | | |
| 49. ML Retirement Money Fund | A | Dividend | J | T | | | | | |
| 50. AIM Constellation Fund | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MERRILL LYNCH (SEP/IRA) No. 4: | | | | | | | | | |
| 53. ML Cash account | A | Dividend | K | T | | | | | |
| 54. Federal Natl Mtg Assn | A | Interest | J | T | | | | | |
| 55. PMC Sierra Inc | | None | K | T | | | | | |
| 56. | | | | | | | | | |
| 57. Wells Fargo #10: | | | | | | | | | Name change fr Wachovia |
| 58. Cash account | A | Dividend | J | T | | | | | |
| 59. Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 60. | | | | | | | | | |
| 61. FLOYD CAPITAL MGMT–Schwab (SEP/IRA): #7: | | | | | | | | | |
| 62. Schwab U S Treasury Money Fund | B | Interest | N | T | | | | | |
| 63. Loomis Sayles Bond Cl 1 | | None | | | Sold | 2/27/09 | L | B | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Folsom, David J. | 07/08/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544